IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SERGIO A. DAGATAN VI, | ) | CV 22-00422 HG-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CORAZON AGARPAO; STATE FARM AUTOMOBILE INSURANCE COMPANY; ISLAND AUTOMOBILE INSURANCE COMPANY; BANK OF HAWAII, | ) ) ) ) | |
| | ) | |
| Defendants | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO (1) DENY PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS WITHOUT PREJUDICE AND (2) DISMISS COMPLAINT WITH LEAVE TO AMEND (ECF No. 6)

Findings and Recommendation having been filed and served on all parties on October 3, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation are adopted as the Opinion and Order of this Court.

Plaintiff has leave to file an amended complaint curing the deficiencies identified in the Magistrate Judge's Findings and Recommendation by December 19, 2022.

IT IS SO ORDERED.

DATED: November 15, 2022, Honolulu, Hawaii.

Helen Gillmor
United States District Judge